```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                         CHARLESTON
```

**RONALD R. WALLS, SR.,**

      **Plaintiff,**

v.                                               CASE NO. 2:09-cv-01006

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

      **Defendant.**

## JUDGMENT ORDER

Consistent with the Memorandum Opinion and Order entered this same day, the court hereby (1) **REVERSES** the final decision of the Commissioner, (2) **REMANDS** the case for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), and (3) **DIRECTS** the Clerk to remove this matter from the court's docket.

The Clerk is further directed to forward a copy of this Judgment Order to all counsel of record.

It is **SO ORDERED** this 31st day of January, 2011.

                                          ENTER:

                                          David A. Faber
                                          Senior United States District Judge